UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEM THAHN LAM,<br><br>                              Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                              Respondents. | Case No.:  3:25-cv-03141-CAB-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[Doc. Nos. 1, 3]** |

Petitioner Liem Thanh Lam ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], as well as a motion for temporary restraining order, [Doc. No. 3 ("TRO")].  On December 3, 2025, the Court held a hearing on the Petition.

For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Respondents may, however, modify Petitioner's conditions of release if Petitioner is provided notice and an opportunity to be heard.

///

///

///

///

1

The Court also finds it appropriate to grant the following permanent injunctive relief:

Respondents are **PROHIBITED** from re-detaining Petitioner unless there has been a change in circumstances that creates a reasonable likelihood of his removal in the reasonably foreseeable future.

Respondents are **PROHIBITED** from removing Petitioner to any country other than Vietnam without providing Petitioner with notice and an opportunity to be heard.

The Court **DENIES** Petitioner's TRO as **MOOT**.

The Clerk of Court shall close the case.

It is **SO ORDERED.**

Dated:  December 3, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

25-cv-03141-CAB-MSB